WRIT NO. WR-77,402-43    77,402-43

DARRELL J. HARPER

V.

STATE OF TEXAS

IN THE COURT OF CRIMINAL APPEALS

THIRD JUDICIAL DISTRICT

SITTING IN AUSTIN, TEXAS

RECONSIDERATION/REHEARING

**MOTION DISMISSED**
DATE: 3-24-15
BY: PL

TO THE CLERK'S OFFICE:

1. Come now Appellant Durrell J. Harper motions for reconsideration/ Rehearing against Appellee State of Texas for Civil Rights Violation.

2. Before Sept. 11, 2001 Appellant Durrell J. Harper complains of his Civil rights to work within the color of State Law, was being infringed for filing employment discrimination complaints.

3. This key piece of evidence was suppressed from appellant's criminal trial to make it easier to improperly try and convict appellant in State court for the crime of Terroristic Threat and Retaliation that should have been treated as a federal offense. Additionally, Appellant Durrell J. Harper's First Amendment Freedom of Speech, was infringed for filing employment discrimination in defense of his Civil rights to work within the color of State Law which was negligent in supervision, in violation of the Civil Rights Act of 1964, as amended.

WHEREFORE, Appellant, Durrell J. Harper, Pray he's justly entitled liberty and Prosperity.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

Very Truly Yours,
Durrell J. Harper
Durrell J. Harper Pro Se
Inmate No. 1957729
Larry Gist Unit
3295 F.M. 3514
Beaumont, Texas 77705

Certification of Service

Appellant Durrell J. Harper does hereby certify that the Motion is true and correct for Processing on or around Wednesday the 18th day of March 2015 in accordance with Tex. Crim. Appeals Rules and Procedures.

Durrell J. Harper